JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY EDWIN MILES, | ) Case No. CV 12-10032-CAS (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| RICHARD B. IVES, WARDEN, | ) |
| Respondent. | ) |

For the reasons set forth in the order filed this date, it is hereby adjudged and decreed that the Petition is DISMISSED WITH PREJUDICE.

DATED: November 28, 2012.

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

H:\CASNYDER\R&R & Related - 194\Magistrate Orders\LA12CV10032CASPJW-J.wpd